IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR GLASGOW | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al. | : | |
| Respondents | : | No. 11-3155 |

### O R D E R

AND NOW, this 18th day of December, 2013, having considered Petitioner's petition for a writ of habeas corpus, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**I FURTHER ORDER** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

    s/J. William Ditter, Jr. J.
    J. WILLIAM DITTER, JR., J.