IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR GLASGOW | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al. | : | |
| Respondents | : | No. 11-3155 |

**O R D E R**

AND NOW, this 25th day of February, 2014, upon consideration of Petitioner's motion for reconsideration of my order dated December 18, 2003, denying Petitioner's petition for a writ of habeas corpus, **I HEREBY ORDER** that the motion to reconsider (Doc. No. 25) filed by Petitioner is **DENIED**. **I FURTHER ORDER** that for the reasons set forth at the Conclusion of my December 18, 2013 Memorandum, there is no need for an evidentiary hearing and no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because Petitioner has failed to make a substantial showing of denial of a constitutional right.

    /s J. William Ditter, Jr.
    J. WILLIAM DITTER, JR., J